## GEORGE RHODES v. STATE.

No. A-2763.    Opinion Filed January 17, 1917.

(162 Pac. 230.)

APPEAL AND ERROR—**Time for Perfecting.** An appeal from a conviction in a misdemeanor case will be dismissed where not taken within 60 days after judgment, and the case-made shows no extension of time.

*Appeal from County Court, Okmulgee County;*
*Mark L. Bozarth, Judge.*

George Rhodes was convicted of violating the prohibitory law, and he appeals. Appeal dismissed.

*R. B. F. Hummer* and *E. M. Carter,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., and *R. E. Simpson,* Co. Atty., for the State.

PER CURIAM. The plaintiff in error, George Rhodes, was convicted in the county court of Okmulgee county on a charge of unlawful possession of intoxicating liquors. On the 15th day of February, 1916, he was sentenced to be confined in the county jail for 60 days and to pay a fine of $100 costs. From the judgment an appeal was attempted to be taken by filing in this

court on June 14, 1916, a petition in error with case-made. The state has filed a motion to dismiss the appeal for the reason that the same was not taken within the statutory 60 days. No order of the court or judge extending the time to appeal has been made. No answer or response to the motion to dismiss has been filed, and a careful examination of the case-made fails· to disclose that the trial court or judge made any order extending the time within which to perfect the appeal.

It follows that the motion to dismiss must be sustained. The purported appeal is therefore dismissed, and the cause remanded to the trial court, with direction to enforce its judgment therein.